UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09CV-P654-S

**RANDY JOHNSON**            **PLAINTIFF**

**v.**

**JOHN DOE** *et al.*            **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's official-capacity claims against Defendants under 42 U.S.C. § 1983 are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and for seeking monetary relief from Defendants who are immune from such relief.

Date:

cc:      Plaintiff, *pro se*
            Defendants
            General Counsel, Justice & Public Safety Cabinet
4411.010