UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09CV-P654-S

**RANDY JOHNSON**                                                                            **PLAINTIFF**

**v.**

**JOHN DOE** *et al.*                                                        **DEFENDANTS**

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a final Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
        Defendants
4411.010